Rowe v Jordan (2024 NY Slip Op 02456)

Rowe v Jordan

2024 NY Slip Op 02456

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, DELCONTE, AND HANNAH, JJ.

328 CA 23-01504

[*1]LAJUAN ROWE, AS ADMINISTRATOR OF THE ESTATE OF DAWN JOHNSON, DECEASED, PLAINTIFF-RESPONDENT,
v
NICOLE L. JORDAN, DEFENDANT, CITY OF LOCKPORT, CITY OF LOCKPORT POLICE DEPARTMENT AND DANIEL L. KAUFMAN, DEFENDANTS-APPELLANTS. (ACTION NO. 1.)
NICOLE L. JORDAN, PLAINTIFF-RESPONDENT,
v
CITY OF LOCKPORT, DEFENDANT-APPELLANT. (ACTION NO. 2.)
AVIANNA JORDAN, PLAINTIFF-RESPONDENT
v
CITY OF LOCKPORT, DEFENDANT-APPELLANT. (ACTION NO. 3.) 

WEBSTER SZANYI LLP, BUFFALO (MICHAEL P. MCCLAREN OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
THE BARNES FIRM, BUFFALO (ROBERT J. SCHRECK OF COUNSEL), FOR PLAINTIFF-RESPONDENT LAJUAN ROWE, AS ADMINISTRATOR OF THE ESTATE OF DAWN JOHNSON, DECEASED. 
LAW OFFICES OF DANIEL R. ARCHILLA, BUFFALO (EMILY M. COBB OF COUNSEL), FOR PLAINTIFF-RESPONDENT NICOLE L. JORDAN. 
GIBSON, MCASKILL & CROSBY, LLP, BUFFALO (CHARLES S. DESMOND, II, OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS NICOLE L. JORDAN AND AVIANNA JORDAN.

 Appeal from an order of the Supreme Court, Niagara County (Edward Pace, J.), entered August 4, 2023. The order, insofar as appealed from, denied in part the motion of defendants City of Lockport, City of Lockport Police Department and Daniel L. Kaufman for summary judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on March 14, 15 and 18, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court